UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ISRAEL HUSARSKY,

      Plaintiff,

  v.                                CASE NO.: 1:20-cv-05323-ENV-RML

NORTHSTAR LOCATION SERVICES, LLC, and
JOHN DOES 1-25,

      Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** April 9, 2021

| For Plaintiff ISRAEL HUSARSKY | For Defendant NORTHSTAR LOCATION SERVICES, LLC |
|---|---|
| *s/ Eliyahu Babad*<br>Eliyahu Babad<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>201-282-6500 x121<br>ebabad@steinsakslegal.com | */s/ Paul A. Sanders*<br>Paul A. Sanders<br>Barclay Damon<br>2000 Five Star Bank Plaza<br>100 Chestnut Street<br>Rochester, NY 14604<br>518-365-3533<br>585-295-4426<br>Psanders@barclaydamon.Com |

|  |  |
|---|---|

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 4/12/2021

/s/ Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge